Andrew Paciorek, Appellee, v. Walter J. Cummings, Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,138.

opinion filed January 8, 1945; rehearing denied January 29, 1945; released for publication January 29, 1945. Frank L. Kriete, Charles C. Cunningham and Arthur J. Donovan, for appellants; Wm. J. Flaherty, of counsel; Kamin, Gleason & Kamin, for appellee. Opinion by JUSTICE MATCHETT. **Not to be published in full.**